IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE CUFFER, | : |
| Plaintiff, | : |
| v. | : Case No.: 1:16-cv-01191 |
| PROG LEASING, LLC, | : Hon. Janet T. Neff |
| Defendant. | : |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO COMPEL ARBITRATION AND TO DISMISS PROCEEDINGS**

AND NOW, this __23rd__ day of _____November_____, 2016, upon consideration of Defendant's Unopposed Motion to Compel Arbitration and to Dismiss Proceedings ("Motion"), it is hereby **ORDERED** that the Motion (Dkt 7) is **GRANTED**. Plaintiff shall proceed to arbitrate in accordance with the terms of the arbitration agreement, and this matter is dismissed.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/ Janet T. Neff
　　　　　　　　　　　　　　　　　　　JANET T. NEFF
　　　　　　　　　　　　　　　　　　　United States District Judge